**Andre Lamont LYNCH, Sr.,**
**Plaintiff–Appellant,**

v.

**ANNE ARUNDEL COUNTY,**
**MARYLAND, Defendant–**
**Appellee.**

No. 00–2506.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2001.

Decided April 2, 2001.

Andre Lamont Lynch, Sr., pro se. Julie Theresa Sweeney, Anne Arundel County Office of Law, Annapolis, MD, for appellee.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Andre Lamont Lynch, Sr. appeals the district court's order dismissing his employment discrimination action pursuant to Fed.R.Civ.P. 37(b)(2)(C) for failure to comply with discovery. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lynch v. Anne Arundel County*, No. CA–00–1282–JFM (D.Md. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*